FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Ross
(Last Name)   (Identification Number)

Shcorey
(First Name)   (Middle Name)

Clarke county Jail
(Institution)

444 w donald st
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 15 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

V.   CIVIL ACTION NUMBER: 2:22-cv-94-TBM-RPM
(to be completed by the Court)

Clarke county Jail
Todd Kemp
Barry white
James mosely

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓)   No ( )

B. Are you presently incarcerated?
Yes (✓)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( )   No (✓)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( )   No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )   No (✓)

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: **Shcorey Ross**   Prisoner Number: _____

Address: **444 w donald st**

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: **Barry white** is employed as **Cheif deputy Jail Adminstor** at **Clarke county Jail**

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: **Shcorey Ross**   ADDRESS: **444 w Donald St**

DEFENDANT(S):

NAME: **Clarke county Jail**   ADDRESS: **444 w donald st**
**Barry white**
**Todd Kemp**
**James mosely**

# OTHER LAWSUITS FILED BY PLAINTIFF

| NOTICE AND WARNING |
|---|
| The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed. |

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: _____

   _____

2. Court (if federal court, name the district; if state court, name the county): _____

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

   _____

CASE NUMBER 2.
1. Parties to the action: _____

   _____

2. Court (if federal court, name the district; if state court, name the county): _____

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

   _____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

On march 14, 2022 I was brought to clarke county jail and since I been here my rights be violated such as on may 10, 2022 barry white tazzed me while I was locked behind my cell gate then took me to the hole an mased me four to three times an never took me to see a nurse also on June 26, 2022 james mosely tazzed me while I was locked behind my cell gate also I have no access to law libary or media or a 24 hour nurse

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

whatever the court find enough or right

Signed this S R day of July 11, 20 22.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Shcorey Ross
Signature of plaintiff

Statement of claim

III. also no proper Sunlight in the cell's due to metal plates over the whole window along with that the lawyer they gave me was my co-defended's lawyer first also it's mole in the Shower's also barry white have two role in this Jail which is cheif deputy and Jail adminster along with that barry white turn off the phones for day's sometimes hour's also the food they serve is not cooked in this Jail it is brought to the Jail but not on heating Kart along with that they dont feed three hot meals a day only two the third meal is also an sandwhich a cake an a bag of chip's also the meals are not hot also it's no captain. or luetenent or any type of chain of comand also they issue out any hand book's also it's only one day out of the week where we can get an medical form also at six o'clock I get lock down away from shower and the phone but general population phones be on until nine o'clock also I fear to press the buzzer to ask for anything out of fear of the officers threatening me such as when I ask for help or something officers say disrespectful thing's