Civil No.: 2:22-cv-00094-TBM-RPM

Dear U.S court District
Please dont dismiss this case do to my lack of education and such please grant me the ability to present more fact to my complaint in court and what ever the Judge find as A reasanable grant of relief I take because im seeking Justice for the wrong's that has been done Please Just grant me the ability to present more fact's in court before you choice to dismiss anything thank you have A bless day