"Recently"
On Feb 16, 2023 Barry White shut all the phones off because of my phone was broke and I ask to be moved to A cell where the phone work but this is not the first time Barry White has shut off the phones out of anger please move me to another Jail.

2:22-cv-00094-TBM-RPM

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 21 2023
ARTHUR JOHNSTON
BY _____ DEPUTY