2:22cv94-TBM-RPM

Dear Court district

At 2:56 officer Zella placed A state inmate around county inmate's his signature is below.    Date: 2-24-23

[signature]