STATE OF MISSISSIPPI

COUNTY OF CLARKE

## AFFIDAVIT

Personally appeared before me the undersigned authority, in and for said county and state, Todd Kemp, who after being duly sworn states on oath as follows:

1. I, Todd Kemp, am of the age of majority and competent to testify about the matters stated herein and make this affidavit having full personal knowledge of the facts contained herein.

2. I am currently Sheriff of Clarke County, having been so since my election in 1999. I was Sheriff of Clarke County in March 2022, when Shcorey Ross was incarcerated at Clarke County Jail, and at all times relevant to Shcorey Ross' claims against myself, Barry White and James Mosely.

3. During Mr. Ross' incarceration at Clarke County Jail, I had no personal interaction with him or participation in his treatment during his detention in the facility. My duties as Sheriff do not typically involve the day-to-day maintenance of individuals housed in the Clarke County Jail.

Further the affiant sayeth not.

_____
TODD KEMP

Sworn and subscribed before me this the 28 day of June, 2023.

_____
NOTARY PUBLIC

My Commission Expires: _____

EXHIBIT B