

Log (Adding) - CommandCentral Jail

Agency: CCSO   Jail Incident Number   Log Event Number: tmpid(38)

Location: C1
Event Type: Inmate Cell Change
Responsible Officer: Z Cameron
Log Date/Time: 05/26/2022 10:52:10

Additional Info | Officers Involved | Visitation

I ZELLA CAMERON WENT TO 113 TO CHECK ON SCHOREY ROSS AND FOUND HIM SITTING ON THE FLOOR HITTING HIS HEAD ON THE WALL AND PUT SHIT ALL OVER THE WALL, AND HIS FACE, SAYING DONT KILL ME TALKING TO SOMEONE ON THE SIDE SAYING LEAVE ME ALONE. WE ASK HIM TO COMMON DOWN STOP HITING HIS HEAD ON THE WALL. BARRY WHITE AND I ALONE WITH KENNETH MOVE HIM TO CELL 1. WHER HE IS COMMON .AND CALL SAYING HIS HEAD IS BLEEDING FROM HITING HIS HEAD ON THE WALL

Errors were found in the grid.


EXHIBIT C

CLT-(ROSS)-000038