I need law libary in Section's 99-15-15 an in Section 97-3-19 on Section 99-15-15 I want not just the meaning but what A court appointed lawyer suppose an able to do for me I would like everything in that section of 99-15-15 I can get also in Section 97-3-19 I need case's simular to mine an how they beat it the lesser charge they got it lowerd to also the time on stuff everything carry out from the captail murder unto the charge the people who had simular case's of mines got it lowerd to if you dont mind I would like every case simular to mines so I can use it as a overveiw also I would like to know can I get all human right's in civial right's an the right's of a person who's in jail or prison so I can also use as a overveiw to study on such thing thank you by the way I know im asking for a lot which I know your busy im in no hurry take you time just please make sure I get these thing's

Printed 99-15-15 & 97.3-15 on 6/13/2022
sent to Ross on this date 6/13/2022

EXHIBIT D

CLT-(ROSS)-000036