Shcoreyl Ross

## CLARKE COUNTY JAIL

## JAIL ADMINISTRATOR

## BARRY WHITE

## INMATE COMPLAINT FORM

I don't mean any disrespect but can yall move from the room with Snap I haven't had any sleep Since I been in here unless he Sleep he barely sleep when I am on the phone with my mom he be making treat's to her and Spitting at me while on the phone throw his food at which I have to clean up please just move me

Seen Dr. Wendyl

4-20-22



EXHIBIT
E

CLT-(ROSS)-000009